RIVERA ET AL., PLAINTIFFS AND APPELLANTS, *v.* RODRÍGUEZ, DEFENDANT AND APPELLEE.

APPEAL from the District Court of Guayama in an Action to Annul a Foreclosure Proceeding, and Ejectment.

No. 1567.—Decided February 19, 1917.

MORTGAGE—FORECLOSURE—MILITARY ORDERS.—The summary foreclosure proceeding which the defendant prosecuted against the plaintiff in 1900 is not null and void, according to the doctrine laid down in the case of *Succession of Rodríguez* v. *Succession of Torres*, decided February 12, 1917; for the General Orders of February 12, 1899, and January 19 and April 28, 1900, are without force and effect in regard to mortgages created before the promulgation of said orders.

The facts are stated in the opinion.

*Messrs. José* and *Manuel Tous Soto* for the appellants.

*Mr. Tomás Bernardini de la Huerta* for the appellee.

MR. JUSTICE ALDREY delivered the opinion of the court.

The only ground upon which the appellants base their appeal is that the foreclosure proceeding which the defendant brought against them in the year 1900 is null and void because, according to General Orders of February 12, 1899, and January 19 and April 28, 1900, the mortgage could not be foreclosed at that time.

We discussed this question fully in the recent case of *Succession of Rodríguez* v. *Succession of Torres, ante* p. 733, and according to the doctrine therein laid down, the alleged nullity does not exist, and we should confirm the judgment appealed from dismissing the complaint.

*Affirmed.*

Chief Justice Hernández and Justices Wolf, del Toro and Hutchison concurred.